# Read & Co.

N. Read & Co. PLLC
260 Madison Avenue, 16th Floor
New York, NY 10016

Nathaniel P. T. Read
212-750-3771
nread@readandco.com

September 25, 2025

**BY ECF**

Hon. Jennifer H. Rearden
United States District Judge, Southern District of New York
500 Pearl St. Courtroom 12B
New York, NY 10007

> Application GRANTED. Plaintiff shall file its response to Defendants' motion to dismiss by **October 17, 2025**. Defendants shall file any reply by **November 7, 2025**.
>
> The Clerk of Court is directed to terminate ECF No. 24.
>
> SO ORDERED.
>
> /s/ Jennifer H. Rearden
> Jennifer H. Rearden, U.S.D.J.
> Dated: September 29, 2025

Re: *Madera Technology Master Fund, Ltd. v. Accolade, Inc. and Singh*, 25-CV-05863 (JHR)

Dear Judge Rearden:

    I write on behalf of plaintiff Madera Technology Master Fund, Ltd., pursuant to Section 2.E of the Court's Individual Rules and Practices in Civil Cases to request extensions of time for the opposition and reply filings on Defendants' Motion to Dismiss (Dkt. Nos. 19-23). Under Local Rule 6.1(b), the opposition to the Motion is due October 3, 2025, and the reply October 10, 2025.

    Counsel for Plaintiff and Defendants have agreed to the following deadlines as a matter of professional courtesy: October 17, 2025, for Plaintiff's opposition to the Motion; November 7, 2025, for Defendants' reply. No prior request to extend these deadlines has been made and their extension will not impact any other deadlines in this action.

Respectfully submitted,

/s/ Nathaniel P. T. Read

Nathaniel P.T. Read

cc: All Counsel – by ECF