# Cooley

Peter M. Adams
T: +1 858 550 6059
padams@cooley.com

> Application GRANTED.  The Court adopts the briefing schedule proposed herein.  Defendant's pending motion to dismiss the complaint and motion for oral argument, ECF Nos. 19, 23, are hereby denied as moot.
>
> The Clerk of Court is directed to terminate ECF Nos. 19, 23, and 27.

October 14, 2025

> SO ORDERED.
>
> *Jennifer H. Rearden*
> Jennifer H. Rearden, U.S.D.J.
> Dated: October 15, 2025

Honorable Jennifer H. Rearden
United Stated District Judge
United States District Court
for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 12B
New York, New York 10007

Re:   *Madera Technology Master Fund, Ltd. v. Accolade, Inc.*, **No. 25-cv-05863-JHR**

Dear Judge Rearden:

I write on behalf of Accolade, Inc. and Rajeev Singh ("Defendants"), pursuant to Section 2.E of the Court's Individual Rules and Practices in Civil Cases, to request a briefing schedule for the Defendants' forthcoming motion to dismiss the Amended Complaint, filed on October 10, 2025.  Plaintiff filed the initial Complaint on July 17, 2025.  (Dkt. No. 1.)  On September 19, 2025, Defendants moved to dismiss Plaintiff's Complaint.  (Dkt. Nos. 19–23.)  The parties requested extensions of time to file opposition and reply briefs (Dkt. No. 24) and the Court granted the request (Dkt. No. 25).  On October 10, Plaintiff filed the Amended Complaint pursuant to Fed. R. Civ. P. 15(a)(1)(b) (Dkt. No. 26), and Defendants withdraw their prior motion to dismiss without prejudice to their forthcoming motion to dismiss the Amended Complaint.

Under Local Rule 6.1(b), Defendants' motion would be due October 24, 2025, the opposition would be due November 7, 2025, and the reply would be November 14, 2025.

The parties have stipulated to the following amended deadlines as a matter of professional courtesy: **November 7, 2025**, for Defendants' motion to dismiss the Amended Complaint; **December 5, 2025** for Plaintiff's opposition to the motion; **December 19, 2025**, for Defendants' reply.  No prior request to extend these deadlines has been made and their extension will not impact any other deadlines in this action.

Sincerely,

*Peter Adams*

Peter Adams

cc:   All Counsel of record (by ECF)